In re HEINSHEIMER. (Supreme Court, Appellate Division, First Department. July 10, 1914.) In the matter of Norbert Heinsheimer. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 160 App. Div. 880, 144 N. Y. Supp. 1120.

HEINZE v. ASSETS REALIZATION CO. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by F. Augustus Heinze against the Assets Realization Company. No opinion. Motion granted, and injunction continued, on plaintiff giving an undertaking of $2,000 within five days after decision of this motion. Defendant to have leave to move to vacate stay, if appeal is not argued on June 12th. Settle order on notice. See, also, 148 N. Y. Supp. 1120.

HEINZE, Appellant, v. ASSETS REALIZATION CO., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by F. Augustus Heinze against the Assets Realization Company. Edgar T. Brackett, of Saratoga Springs, for appellant. Henry R. Stern, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 148 N. Y. Supp. 1120.

HELLER v. BODENSIEK. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Joseph E. Heller against Jennie M. Bodensiek. No opinion. Application denied, with $10 costs. Order signed. See, also, 81 Misc. Rep. 222, 142 N. Y. Supp. 496.

HENNESSY, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Action by Annie Hennessy, as administratrix, against the Interborough Rapid Transit Company. F. X. Sullivan, of New York City, for appellant. B. H. Ames, of New York City, for respondent.
PER CURIAM. Judgment affirmed, with costs. Order filed.
LAUGHLIN, J., dissents.

HERRMAN, Appellant, v. LELAND, Respondent. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Action by James S. Herrman against Francis L. Leland. No opinion. Order denying motion for reargument affirmed, with $10 costs and disbursements. Order filed. See, also, 148 N. Y. Supp. 643.

HERZ, Respondent, v. GOODMAN, Appellant. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by Ida Herz against Aaron Goodman. W. T. Kohn, of New York City, for appellant. M. Stein, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HESSBERG v. WELSH. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Action by Felix Hessberg against Corinne Welsh. No opinion. Application granted. Order signed. See, also, 147 N. Y. Supp. 44.

HETHERSTON v. CENTRAL PARK, N. & E. R. R. CO. (No. 5983.) (Supreme Court, Appellate Division, First Department. June 19, 1914.) Appeal from Trial Term, New York County. Action by Charles Hetherston against the Central Park, North & East River Railroad Company. Judgment for plaintiff, and motion for new trial denied, and defendant appeals. Judgment and order reversed, and new trial ordered. Chase Mellen, of New York City, for appellant. Frank L. Tyson, of Brooklyn, for respondent.
PER CURIAM. The verdict of the jury that the defendant was negligent and that the plaintiff was free from contributory negligence is against the weight of evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to appellant to abide the event.
DOWLING, J., dissents.

HEWSON, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Action by Minnie A. Hewson against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

HICKINBOTTOM, Respondent, v. CENTRAL PARK, N. & E. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department, June 19, 1914.) Action by Emma L. Hickinbottom, as administratrix, etc., against the Central Park, North & East River Railroad Company. Chase Mellen, of New York City, for appellant. E. F. Lindsay, of New York City, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
INGRAHAM, P. J., dissents.

HIGGINS, Respondent, v. HIGGINS, Appellant. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by William C. Higgins against Helen E. Higgins. No opinion. Interlocutory judgment unanimously affirmed, without costs.

HILLENBERG v. BENDICK et al. (Supreme Court, Appellate Division, Second Department. July 31, 1914.) Action by David Hillenberg against Louis G. Bendick and Harris Horowitz. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the authority of Havana City Railway Co. v. Ceballos, 49 App. Div. 421, 63 N. Y. Supp. 422. The rule in Mellen v. Athens Hotel Co., 149 App. Div. 534, 133 N. Y. Supp. 1079, may not be applied to the case under review.